(81 South. 892)

ABBOTT et al. v. SMITH. (7 Div. 593.) (Court of Appeals of Alabama. Jan. 21, 1919.) Appeal from Circuit Court, St. Clair County; O. A. Steele, Judge. M. M. Smith, of Pell City, for appellee.

BROWN, P. J. Affirmed on certificate.

(87 South. 926)

ABNER v. STATE. (5 Div. 347.) (Court of Appeals of Alabama. Feb. 15, 1921.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed at request of appellant.

(85 South. 924)

AKERMAN v. SHOWS. (4 Div. 607.) (Court of Appeals of Alabama. Jan. 22, 1920.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(85 South. 924)

ALABAMA CO. v. ELLINGTON. (6 Div. 689.) (Court of Appeals of Alabama. Feb. 10, 1920.) Appeal from Circuit Court, Jefferson County; Charles W. Ferguson, Judge. Tillman, Bradley & Morrow and Charles E. Rice, all of Birmingham, for appellant. Joe C. Hail, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by consent of parties.

(84 South. 925)

ALABAMA FUEL & IRON CO. v. HAYES. (6 Div. 569.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. Percy, Benners & Burr, of Birmingham, for appellant. W. A. Denson, of Birmingham, for appellee.

SAMFORD, J. Appeal dismissed by agreement of parties.

(81 South. 892)

ALABAMA GREAT SOUTHERN R. CO. v. THOMAS. (6 Div. 504.) (Court of Appeals of Alabama. May 13, 1919.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Suit by Joe Thomas against the Alabama Great Southern Railroad Company. Judgment for plaintiff, and defendant appeals. Affirmed. A. G. & E. D. Smith, of Birmingham, for appellant. Estes & Jones, of Bessemer, for appellee.

BRICKEN, J. This was a suit by the appellee against the appellant railroad company for the negligent killing of a cow or heifer, and was tried by the court without a jury, and judgment was rendered for appellee. The only error assigned is the rendition of the judgment by the court. We have examined the record, and are of the opinion that the evidence was sufficient to justify the finding by the court. The judgment is affirmed. Affirmed.

(85 South. 924)

ALABAMA MINERAL LAND CO. v. STATE. (7 Div. 631.) (Court of Appeals of Alabama. April 6, 1920.) Appeal from Circuit Court, St. Clair County; Woodson J. Martin, Judge. Action in tax assessment by the State against the Alabama Mineral Land Company. From a judgment dismissing appeal from the board of appraisers to the circuit court, defendant appeals. Appeal dismissed. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The cause is submitted here on motion to dismiss the appeal. By agreement of parties, such will be the order. Appeal dismissed.

(84 South. 925)

AMERICAN RECIPROCAL FIRE INS. EXCHANGE v. BELL. (6 Div. 638.) (Court of Appeals of Alabama. Dec. 16, 1919.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Estes & Jones, of Bessemer, for appellant. Hugh Ellis, of Birmingham, for appellee.

SAMFORD, J. Appeal dismissed.